UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>HAROLD JON WILLIAMS,<br><br>    Defendant. | )<br>) CASE NO. MJ 10-179<br>)<br>)<br>)<br>) DETENTION ORDER<br>)<br>)<br>) |

<u>Offense charged</u>:     Aggravated Sexual Abuse

<u>Date of Detention Hearing</u>:    April 22, 2010

    The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

    (1)    Defendant has a long criminal history, much of which appears to be related to a serious problem of alcohol abuse. There are repeated instances of failures to appear for court and

bench warrant activity, with repeated failures to abide by court orders. There are several charges of attempting to elude a pursuing police vehicle in the last year. The defendant's alcohol problem appears to continue, despite treatment.

(2) Defendant's employment is sporadic and seasonal. He lives on the Swinomish Tribal reservation, within a quarter of a mile from the alleged victim. Tribal authorities that it would be "next to impossible" for the defendant and the alleged victim to both live on the reservation and not come in contact with each other.

(3) Defendant poses a risk of danger based on criminal history, the nature of the instant offense, and his proximity to the alleged victim of the instant offense. He poses a risk of nonappearance based on a history of failures to appear and alcohol problems.

(4) There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant

               is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4)     The clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this <u>22nd</u> day of April, 2010.

_/s/ Mary Alice Theiler_
Mary Alice Theiler
United States Magistrate Judge

DETENTION ORDER                                                                                PAGE 3